July 8, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CRISTINA BOLAN, Appellant

NO. 14-13-01137-CV                    V.

MEMORIAL HERMANN HEALTH SYSTEM, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on November 12, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Cristina Bolan.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.